UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-CV-62098-WPD

TOTAL HEALTH CHIROPRACTIC,
LLC., a Florida limited liability corporation,
a/a/o Deborah Hernandez; and a/a/o
Michelle Medina, on behalf of itself
and all others similarly situated,

      Plaintiff,

ALLSTATE INSURANCE COMPANY,
An Illinois corporation; and MERCURY
INDEMNITY COMPANY OF AMERICA,
a Florida Corporation,

      Defendants.
_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice") [DE 15], filed herein on November 29, 2017.  The Court has considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1.    The Notice [DE 15] is hereby **APPROVED;**

2.    This action is hereby **DISMISSED WITHOUT PREJUDICE**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of December, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record